# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WILLIAM A. BARTOLI, : | |
|     Plaintiff : | |
| : | |
| v. : | C.A. No.: 18-cv-00030-WES-PAS |
| : | |
| CITY OF PAWTUCKET, : | |
| By and through its Treasurer, : | |
| SHAUN W. STROBEL, alias, : | |
|     Defendant : | |

## STIPULATED JUDGMENT

After consideration of the Joint Motion for Review and Approval of the Settlement Agreement and General Release ("Settlement Agreement"), as well as the entire record of this case, the Court finds that the Settlement Agreement agreed to and executed by the parties reflects a fair and reasonable resolution of a bona fide dispute arising under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§201, *et seq*.

It is hereby ORDERED that this case shall be dismissed with prejudice upon the filing of an appropriate joint stipulation of dismissal with prejudice.

ENTERED THIS __3rd__ day of June, 2020.

SO ORDERED.

_____
William E. Smith, Judge
United States District Court, District of Rhode Island

| | |
|---|---|
| Plaintiff, | Defendant, |
| **WILLIAM A. BARTOLI** | **CITY OF PAWTUCKET** |
| By his Attorneys, | By its Attorneys, |
| /s/Richard A. Sinapi | /s/Timothy M. Bliss |
| Richard A. Sinapi (#2977) | Timothy M. Bliss (#6228) |
| SINAPI LAW ASSOCIATES, LTD. | Center Place |
| 2374 Post Road, Suite 201 | 50 Park Row West – Suite 101 |
| Warwick, RI  02886 | Providence, RI 02903 |
| Phone: (401) 739-9690 | Phone: (401) 274-2100 |
| Fax: (401) 739-9040 (facsimile) | tbliss@timblisslaw.com |
| ras@sinapilaw.com | |

**Dated:  March 19, 2020**

## CERTIFICATE OF SERVICE

     I hereby certify that a true and accurate copy of the within Joint Motion to Amend Scheduling Order was filed and served electronically by operation of the Court's CM/ECF System upon the following counsel on this **19th day of March, 2020**:

Timothy M. Bliss, Esq.
50 Park Row West—Suite 101
Providence, RI 02903
Tel: (401) 274-2100
Email:  tbliss@timblisslaw.com

                                                         /s/ Richard A. Sinapi, Esq.